U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
MAR 22 2019
FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **1:17-cr-00009-JL** |
| | ) | |
| **Steven Tucker** | ) | |

## GOVERNMENT'S FIRST AMENDED PROPOSED EXHIBIT LIST

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, hereby offers the following first amended proposed trial exhibits. The United States reserves the right to amend this list.

| EXHIBIT NO. | | DESCRIPTION |
|---|---|---|
| 1a | (id) | Photograph of 92 Walnut Street |
| 1b | (id) | Photograph entry to 2nd floor porch 92 Walnut Street |
| 1c | (id) | Photograph 2nd floor porch 92 Walnut Street |
| 1d | (id) | Photograph entry to 92 Walnut Street from 2nd floor porch |
| 1e | (id) | Photograph inside of 92 Walnut Street |
| 1f | (id) | Photograph inside of 92 Walnut Street |
| 1g | (id) | Photograph view of kitchen at 92 Walnut Street |
| 1h | (id) | Photograph inside kitchen at 92 Walnut Street |
| 1i | (id) | Photograph microwave inside kitchen at 92 Walnut Street |
| 1j | (id) | Photograph stove inside kitchen at 92 Walnut Street |
| 1k | (id) | Photograph counter inside kitchen at 92 Walnut Street |
| 1l | (id) | Photograph view from kitchen down a hall at 92 Walnut Street |

1m (id) Photograph entrance from hall at 92 Walnut Street

1n (id) Photograph from hall at 92 Walnut Street

1o (id) Photograph of hall outside unit 12 at 92 Walnut Street

2 (id) Layout of 92 Walnut Street

3a (id) School Records for Jasmine

~~3b (id) School Records for Haley~~

4 (id) Birth Certificate for Jasmine

5 (id) Phoenix House Records

6a (id) Transient guest agreement S. Tucker for 92 Walnut Street

6b (id) Transient guest agreement Haley for 92 Walnut Street

7a (id) Payment Records S. Tucker for 92 Walnut Street

7b (id) Payment Records Haley for 92 Walnut Street.

8a (id) 3/20 Backpage ad 4053643

8b (id) 3/20 Backpage ad 4054171

8c (id) 3/20 Backpage ad 4255809

9a (id) Jail Call #62189649

9b (id) Transcript jail call #62189649

10 (id) Super 8 records

11 (id) Ships Inn Records

12 (id) Photograph of Jasmine at Econolodge

13 (id) 3/20 Letter to Morgan

14 (id) Mapped route to Econolodge

15 (id) Mapped route to Super 8 hotel

16 (id) SSI payments for S. Tucker
17a (id) 3/20 Photograph of Morgan
17b (id) 3/20 Photograph of Morgan

March 18, 2019

Respectfully submitted,

Scott W. Murray
United States Attorney

By: ______________________
Arnold H. Huftalen
Assistant U.S. Attorney
NH State Bar No. 1215
United States Attorney's Office
53 Pleasant Street, 4th floor
Concord, New Hampshire 03301
(603)2251552
Arnold.Huftalen@usdoj.gov

By: ______________________
FFR Vasantha Rao
Trial Attorney
United States Department of Justice
Civil Right Division

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Exhibit List of the United States was served by electronic mail to attorney Andrew Winters, Esquire counsel for the defendant.

______________________
Arnold H. Huftalen
Assistant U.S. Attorney