# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE
### 55 PLEASANT STREET, ROOM 110
### CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court                              Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk                        Web: www.nhd.uscourts.gov


May 12, 2023


To:          Seth R. Aframe, AUSA

From:      Jadean Barthelmes, Deputy Clerk

Re:          <u>United States of America v. Steven Tucker</u>
             Criminal No. 17-cr-09-01-JL


Enclosed find exhibit list below.  Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

VOLUMINOUS OR CUMBERSOME EXHIBIT(S):    You are herewith requested to arrange to pick up the following exhibit(s) within thirty (30) days from date hereof.  Should you fail to do so, the exhibit(s) will be destroyed pursuant to the provisions of our Local Rules.  See LR 83.13.  If nothing is listed below, all exhibits are enclosed herewith.

VOLUMINOUS OR CUMBERSOME EXHIBITS:  **Exhibit #122 Trial Exhibits**


*********************************************************************

### RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED


Date: _____     By: _____

Counsel for: _____